UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 25-cv-09299-NW<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. 2 |

Plaintiff Jimmie Earl Jones, a pro se prisoner currently housed in Mule Creek State Prison in Amador County, filed the instant civil rights suit on October 29, 2025.  *See* ECF No. 1.  The events or omissions giving rise to Jones' claims occurred at Mule Creek State Prison, located in the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue is therefore appropriate in that district.  28 U.S.C. § 1391(b)(1), (b)(2).

In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: November 5, 2025

Noël Wise
United States District Judge